of Indiana, Kansas, Kentucky, Missouri, Pennsylvania and Virginia, a deputy liquidator in Illinois, a special master commissioner in Ohio, and a contract holder of Wisconsin, as *amici curiae*, in support of the petition.

No. 328. COOMBS, TRUSTEE IN BANKRUPTCY, *v.* JERSEY CITY. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Max L. Rosenstein* for petitioner. *Charles A. Rooney* for respondent.

No. 330. CROSSETT WESTERN Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Carl E. Davidson* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Helen Goodner* for respondent.

No. 331. HAGAN, DOING BUSINESS AS EL REY CHEESE Co., ET AL. *v.* PORTER, PRICE ADMINISTRATOR. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Abraham Gottfried* for petitioners. *Solicitor General McGrath* and *David London* for respondent.

No. 339. MOSER *v.* NEW YORK LIFE INSURANCE Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Daniel B. Trefethen* for petitioner. *Raymond G. Wright,*